UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANGELICA HERNANDEZ,                                    08 Civ. 0999 (NRB)

           Plaintiff,

-against-                                              **AFFIDAVIT OF SERVICE**

FRIDA TORRESBLANCO and MARC WEISS,

           Defendants.

------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

PATRICIA JEFFERY, being duly sworn, deposes and says:

1) I am over 18 years of age, and I am not a party to this action. I am an employee of The Legal Aid Society, located at 199 Water Street, New York, New York, 10038.

2) On February 1, 2008, at approximately 12:24 p.m., I arrived at 32 W. 18th St., #4B, New York, New York 10011, with two (2) copies of the summons in this action and two (2) copies of the complaint. The doorman called upstairs and spoke to Marc Weiss, one of the Defendants in this action, who directed the doorman to accept the papers and sign an extra copy of the summons. The name of the doorman, according to the signature, is Luis Castillo. He appears Hispanic, about 5'5" or 5'6", and between 140-165 pounds, with black hair.

3) On February 6, 2008, I mailed to the person/entity identified below two (2) true copies of the summons and complaint in this action by depositing them in an official depository under the exclusive care of the U.S. Postal Service within the State in a properly stamped envelope, unmarked, and labeled "personal and confidential," addressed as stated below.
    TYPE OF MAILING: First Class Mail
    PERSON/ENTITY TO WHOM MAILED: Frida Torresblanco, Marc Weiss
    ADDRESS: 32 W. 18th St., #4B, New York, New York 10011

                                                    _____
                                                         PATRICIA JEFFERY

Sworn to before me this
6th day of February, 2008.

_____
    NOTARY PUBLIC

                                        HOLLIS V. PFITSCH
                            Notary Public, State of New York
                                    No. 02PF6158836
                                 Qualified in Kings County
                            Commission Expires May 07, 2011