UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ANGELICA HERNANDEZ,

        Plaintiff,

-against-

FRIDA TORRESBLANCO and MARC WEISS,

        Defendants.

Case No. 08 CV 0999

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for the defendants to answer or otherwise move with respect to the complaint is hereby extended to April 1, 2008;

And it is FURTHER STIPULATED AND AGREED

That the defendants agree that effective service has been made on them as of February 1, 2008.

Dated: New York, New York
February 1, 2008

DAVIS & GILBERT LLP

By: _____
Martin Garbus, Esq. (MG 2621)
1740 Broadway
New York, NY 10019
*Attorneys for Defendants*
*Frida Torresblanco and Marc Weiss*

URBAN JUSTICE CENTER

By: _____
Molly Biklen, Esq. (MB 3491)
123 William Street, 16th Floor
New York, NY 10038
*Attorneys for Plaintiff Angelica Hernandez*

So Ordered.

_____
USDJ

March 19, 2008