UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ANGELICA HERNANDEZ,　　　　　　　　　　08 Civ. 0999 (NRB)

　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　STIPULATION

FRIDA TORRESBLANCO and MARC WEISS,

　　　　Defendants.

------------------------------------x

　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for the defendants to answer or otherwise move with respect to the complaint is hereby extended to April 14, 2008.

Dated: New York, New York
　　　　April 4, 2008

DAVIS & GILBERT LLP　　　　　　　　　　THE LEGAL AID SOCIETY
By: _____　　　　　　　　By: _____
　　Martin Garbus, Esq. (MG 2621)　　　　Hollis V. Pfitsch, Esq. (HP 0522)
　　1740 Broadway　　　　　　　　　　　　199 Water Street, 3rd Floor
　　New York, New York 10019　　　　　　New York, New York 10038
　　Attorneys for Defendants
　　Frida Torresblanco and Marc Weiss

　　　　　　　　　　　　　　　　　　　　URBAN JUSTICE CENTER
　　　　　　　　　　　　　　　　　　　　　Molly Biklen, Esq. (MB 3491)
　　　　　　　　　　　　　　　　　　　　　123 William Street, 16th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10038

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Angelica Hernandez