UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

ANGELICA HERNANDEZ,

              Plaintiff,                  08 Civ. 0999 (NRB)

-against-

FRIDA TORRESBLANCO and MARC WEISS,

              Defendants.

-------------------------------------x



### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the captioned action, which includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., is hereby dismissed with prejudice. The Parties are to bear their own costs.

Dated: New York, New York
      April 21, 2008

By: _____      By: _____
    Hollis V. Pfitsch                               Martin Garbus

Attorneys for Plaintiffs                Attorney for Defendants.
The Legal Aid Society                 Davis & Gilbert
199 Water Street, 3rd Floor          1740 Broadway
New York, New York 10038          New York, New York 10019
212-577-3465

Molly Biklen
Urban Justice Center
123 William Street, 16th Floor
New York, New York 10038
646-459-3008

SO ORDERED: _____
NAOMI R. BUCHWALD, U.S.D.J.     Date